UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ELBERT DAWKINS, on behalf of himself
and all others similarly situated,

Case No.: 1:22-cv-3482

                            Plaintiff,

  -against-

MOMOMILK, LLC D/B/A MILK BAR

                         Defendants.
------------------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

Dated: October 20, 2022                           Dated: October 20, 2022

*s/Mark Rozenberg*                               *s/Adi Kanlic*

Mark Rozenberg, Esq.                          Adi Kanlic
STEIN SAKS, PLLC                             O'Hagan Meyer, LLC
One University Plaza, Suite 620           One East Wacker Drive suite 3400
Hackensack, NJ 07601                      Chicago, IL 60601
201.282.6500                                     312-422-6114
mrozenberg@steinsakslegal.com            akanlic@ohaganmeyer.com
*Attorneys for Plaintiff*                            *Attorneys for Defendant*